**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**BURNELL ENGLISH**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj355/MD

**Thomas Keith, AFPD**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 322.34(1) and 32 C.F.R. §210 | Driving With Suspended License Without Knowledge | 10/5/08 | Two |

Count(s) One is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 12/19/08

_____
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-19-2008